# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

*Long Island Office*
14 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
*jp@jpittell.com*

December 10, 2019   **MEMO ENDORSED**

Hon. Denise L. Cote
U.S. District Court
500 Pearl St
NY, NY 10001



Re:   Re:   *US v. Allie, et al* 13 cr 242 {Jason Lewis}
Violation of Supervised Release ("VOSR")

Dear Judge Cote:

I am counsel for Jason Lewis, the defendant in the above referenced matter.

Please accept this letter as a status report and a request for an adjournment of Mr. Lewis' above referenced VOSR which is currently scheduled for a conference on December 13, 2019.

This basis for the VOSR is a criminal case pending in New York County Supreme Court (the "New York Case"). Previously, the parties have indicated they agree it makes sense to hold the VOSR in abeyance pending disposition of the New York case.

The New York Case is next scheduled for December 18, 2019. Mr. Lewis has been screened for admission into a drug court/diversion program. He is awaiting a decision which may be issued during the December 18th court appearance.

In light of the foregoing, I respectfully request the December 13th conference be adjourned, for approximately sixty days, to February 14, 2020 at 11 a.m. It is my understanding this date is available on the Court's calender.

I have conferred with the Government and Probation. Both consent to this request. Wherefore, I respectfully request the conference be adjourned to February 14, 2020 at 11 a.m.

Respectfully submitted,
/s/
Jeffrey Pittell

Granted.
*[signature]*
12/12/19

cc:   Jared Lenow, AUSA
Margaret Carroll, USPO