# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
42-40 Bell Blvd, Suite 302  
Bayside, New York 11361  
Tel (516) 829-2299  
jp@jpittell.com

*Long Island Office*  
14 Bond St, Suite 389  
Great Neck, New York 11021  
Tel (516) 829-2299  
jp@jpittell.com

February 10, 2020

Hon. Denise L. Cote  
U.S. District Court  
500 Pearl St  
NY, NY 10001

**MEMO ENDORSED**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 2/11/2020

Re:  Re:  *US v. Allie, et al* 13 cr 242 {Jason Lewis}  
Violation of Supervised Release ("VOSR")

Dear Judge Cote:

I am counsel for Jason Lewis, the defendant in the above referenced matter.

Please accept this letter as a status report and a request for an adjournment of the upcoming conference scheduled for February 14, 2020.

This basis for the VOSR is a criminal case pending in New York County Supreme Court (the "New York Case"). Previously, the parties have indicated they agree it makes sense to hold the VOSR in abeyance pending disposition of the New York case.

The New York Case was heard on February 5, 2020. On that date, Mr. Lewis was enrolled in a drug court/diversion program. Under the terms of the program, he pled guilty to Burglary in the Third Degree. However, his sentencing will be held in abeyance for eighteen months. During this period, Mr. Lewis will attend an out-patient drug treatment program. If he successfully completes the program, then, on the date of sentencing, his felony plea will be vacated and his case will likely be dismissed (or pled down to a misdemeanor/violation with a sentence of time served).

In light of the foregoing, I respectfully request the February 14th conference be adjourned in order to continue following the progress of the New York Case. I respectfully suggest the adjournment be for six months, to the week of July 14, 2020, to a date convenient for the Court.

I have conferred with the Government and Probation. Both consent to this request.

Respectfully submitted,  
/s/  
Jeffrey Pittell

cc:  Jared Lenow, AUSA  
Margaret Carroll, USPO

*The conference is adjourned to 7/17/20 at 10:00*

*Denise Cote*  
*2/11/20*