```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    13Cr242-21(DLC)
                                         :
            -v-                          :         ORDER
                                         :
JASON LEWIS,                             :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A hearing on the violation of supervised release is scheduled for Friday, July 17, 2020 at 10:00 a.m.  In light of the ongoing COVID-19 pandemic, it is hereby

ORDERED that by Friday, **July 10, 2020,** the defendant shall inform the Court whether he prefers for the July 17 hearing to proceed in person, if that is available, or remotely via videoconference.

IT IS FURTHER ORDERED that if the defendant prefers to proceed in person but an in-person hearing is not available, the defendant shall inform the Court by Friday, **July 10, 2020** if the defendant consents to proceed remotely.  Before **July 10**, defense counsel shall discuss the attached form, Waiver of Right to be Present at Criminal Proceeding, with the defendant.

IT IS FURTHER ORDERED that upon receipt of the defendant's July 10 letter, the Court will issue an Order informing the parties whether the hearing will occur in-person or via

videoconference.  If the hearing will occur via videoconference, the forthcoming Order will provide the credentials for the videoconference.

Dated:    New York, New York
          June 17, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge

2

April 10, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-                              **WAIVER OF RIGHT TO BE PRESENT AT
CRIMINAL PROCEEDING**

           ,
                Defendant.                    -CR-    ( )( )

-------------------------------------------------------------X

___   Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:   _____
        Signature of Defendant


        _____
        Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:   _____
        Signature of Defense Counsel


        _____
        Print Name

2

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date:             _____
                  Signature of Defense Counsel

**Accepted:**     _____
                  Signature of Judge
                  Date:

2