```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :      13Cr242-21 (DLC)
                                         :
          -v-                            :      ORDER
                                         :
JASON LEWIS,                             :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendant having informed the Court that he prefers to proceed via videoconference, and, in the event a videoconference is not available, via telephone call, for the hearing on the violation of supervised release that is scheduled for Friday, **July 17, 2020** at **10:00 a.m.**, it is hereby

ORDERED that the hearing will proceed by Skype for Business videoconference, if the Skype for Business platform is reasonably available.  To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/DLGEXM9M.

To use this link, you may need to download software to use Skype's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

-- including their ability to access the link above.  Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

    Call-in number:    **917-933-2166**
    Conference ID:    **88082255**

IT IS FURTHER ORDERED that by Wednesday, **July 15, 2020,** defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Skype for Business.  If the defendant and counsel are unable to successfully test Skype for Business, the July 17 hearing will proceed as a telephone conference, as opposed to a Skype for Business videoconference.  If the hearing proceeds as a telephone conference, the parties shall use the following dial-in credentials, which are also accessible to the press and public:

    Dial-in:    **888-363-4749**
    Access code:    **4324948**

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
           July 13, 2020

                                        _____
                                           DENISE COTE
                            United States District Judge